To whom this may Concern:



I RECEIVED A COPY OF THE TRANSCRIPT; there were unclaimed funds that I needed to be forwarded back to me.

My address is 3907 Fairlake Place Richmond VA 23294...

A copy of the letter is attached. Please send these funds as soon as possible.

Thanks and have a great day...

My telephone number is 804/814/0406 cell or 804/525/5005- home

Thank You
Monica D. Palmer

64-79
611

Date: Aug 22, 2013

Void After 11/20/2013

Pay Exactly   Three Thousand Three Hundred Thirty Dollars and 10 / 100

******3,330.10

THIS IS A POSITIVE
PAY ACCOUNT

TO THE ORDER OF

CLERK, UNITED STATES BANKRUPTCY COU
1101 COURT STREET, ROOM 166
LYNCHBURG, VA  24504

*Herbert L. Beskin*

Herbert L. Beskin, Chapter 13 Trustee

⑈0307453⑈ ⑆061100790⑆ 8800514773⑈

Herbert L. Beskin, Chapter 13 Trustee
Payee: CLERK, UNITED STATES BANKRUPTCY COU

Check #.: 0307453
Date: 08/22/2013

| Case # | Debtor Name(s) | Account # | Claim # | Total Pmt | Principal | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 0862909 | MONICA D PALMER | 5269 | 006 | 2,730.79 | 2,730.79 | 0.00 | 5,760.88 |
| | | TOTALS | | 3,330.10 | 3,330.10 | 0.00 | 15,032.92 |

SAFEGUARD  LITHO USA

IN THE UNITED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:
MONICA D PALMER
3907 FAIRLAKE PLACE
RICHMOND, VA  23294

CHAPTER 13
CASE NO. 08-62909

DEBTOR

## TRANSMITTAL OF UNCLAIMED FUNDS

__X__    Comes now the undersigned trustee as follows:

That funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the trustee and reports as follows:

Distributions to creditors in amounts of less than five dollars ($5.00) in a Chapter 7 case and fifteen ($15.00) dollars in a Chapter 13 case, is prohibited by Bankruptcy Rule 3010 unless authorized by the court. No such order has been entered by the court.

The name, addresses and amounts due each creditor is as follows:

| NAME OF CREDITOR | ADDRESS OF CREDITOR | AMOUNT DUE CREDITOR |
|---|---|---|
| SUNTRUST BANK/ACS | P O BOX 22724 LONG BEACH, CA 90902-5724 | 2,730.79 |

TOTAL OF AMOUNTS OF $25.00 OR MORE PER CREDITOR        $ 2,730.79

TOTAL OF AMOUNTS OF LESS THAN $25.00 PER CREDITOR        $ 0.00

The trustee's checks payable to the Clerk, U.S. Bankruptcy Court, for the total amount of 2,730.79 are attached hereto with the request that such funds be deposited in the U.S. Treasury.

I hereby certify that a true copy of the above transmittal has been mailed to the debtor, the attorney for the debtor, and to each creditor listed above.

Date:   August 22, 2013

Signed: _Herbert L. Beskin_, Trustee
P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net