UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:                                                                                       CASE NO. 08-62909

    Monica D. Palmer

                                                                                                   ORDER GRANTING MOTION FOR
                                                                                  RELEASE OF UNCLAIMED FUNDS

               Debtor.
_____|

      IT IS ORDERED that, pursuant to 28 USC 2042, the Bankruptcy Clerk, Western District of Virginia, pay this unclaimed money to the order of:

                                           SunTrust Banks, Inc.
                                           Attn: Barbara Hall
                                           PO Box 4418
                                           Center 633
                                           Atlanta, GA 30302

Dated: November 24, 2015

                                                                          _____
                                                                          Bankruptcy Judge
                                                                          Western District of Virginia